UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EDMOND WILLIAMS,

        Petitioner,

    -v-                  9:22-CV-142

CHRIOSTPHER MILLER,

        Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| OFFICE OF THERESA M. SUOZZI<br>Attorneys for Petitioner<br>480 Broadway, Suite 218<br>Saratoga Springs, NY 12866 | THERESA M. SUOZZI, ESQ. |
| HON. LETITIA JAMES<br>New York State Attorney General<br>Attorneys for Respondent<br>28 Liberty Street<br>New York, NY 10005 | JAMES FOSTER GIBBONS, ESQ. |

DAVID N. HURD
United States District Judge

## **ORDER ON REPORT & RECOMMENDATION**

On February 15, 2022, petitioner Edmond Williams ("petitioner"), a state prisoner who is now incarcerated at Auburn Correctional Facility, filed this habeas corpus action pursuant to 28 U.S.C. § 2254. Dkt. No. 1.

The petition challenged a May 23, 2017 judgment of conviction, entered after a jury trial in Albany County Court, that found petitioner guilty of crimes arising from the possession and sale of a controlled substance. Dkt. No. 1. Petitioner was sentenced principally to twelve years in prison. *Id*.

Respondent Christopher Miller ("respondent"), the Superintendent of the facility where petitioner was previously incarcerated, was directed to respond to the petition. Dkt. No. 5. Respondent opposed habeas relief. Dkt. No. 14.

On December 28, 2023, U.S. Magistrate Judge Andrew T. Baxter advised by Report & Recommendation ("R&R") that the petition be denied and dismissed. Dkt. No. 18. In a thorough written opinion, Judge Baxter explained that petitioner various habeas claims failed. *Id*.

Petitioner has not filed objections, and the time period in which to do so has expired. *See* Dkt. No. 18. Upon review for clear error, the R&R is accepted and will be adopted in all respects. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 18) is ACCEPTED;

2. The petition (Dkt. No. 1) is DENIED and DISMISSED; and

3. A certificate of appealability is DENIED.

The Clerk of the Court is directed to terminate the pending motion, enter a judgment accordingly, and close the file.

IT IS SO ORDERED.

Dated: January 12, 2024
       Utica, New York.

_____
David N. Hurd
U.S. District Judge